**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**

| Name of Debtor (if individual, enter Last, First, Middle): Imperial Capital LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): 8803 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): 721 5th Avenue #45k New York,NY  ZIP CODE 10022 | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  ZIP CODE | |

| **Type of Debtor** (Form of Organization) (Check one box.) | **Nature of Business** (Check one box) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.* <br> ☑ Corporation (includes LLC and LLP) <br> ☐ Partnership <br> ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business <br> ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B) <br> ☐ Railroad <br> ☐ Stockbroker <br> ☐ Commodity Broker <br> ☐ Clearing Bank <br> ☑ Other | ☐ Chapter 7 <br> ☐ Chapter 9 <br> ☑ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13 <br><br> ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding <br> ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| **Chapter 15 Debtors** <br> Country of debtor's center of main interests: <br><br> Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity** (Check box, if applicable.) <br><br> ☐ Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts** (Check one box.) <br> ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." <br> ☑ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached. <br><br> ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A. <br><br> ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box: <br> ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). <br> ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D). <br><br> Check if: <br> ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*). <br> ---------------------------------- <br> Check all applicable boxes: <br> ☐ A plan is being filed with this petition. <br> ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors. <br> ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☑ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1) (04/13)

**Voluntary Petition**
*(This page must be completed and filed in every case.)*

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: Southern District of New York | Case Number: 12-13809 | Date Filed: 09/05/2012 |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr><td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐  Exhibit A is attached and made a part of this petition.

</td><td>

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
    Signature of Attorney for Debtor(s)    (Date)

</td></tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Signatures |
|---|---|
| *(This page must be completed and filed in every case.)* | |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney***

X   /s/ William H. Salgado
_____
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)
William H. Salgado

Firm Name

37-06 82nd Street  Suite 310
Jackon Heights, NY  11372
Address
 718 458 0047
Telephone Number
 01/14/2014
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
   Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   /s/ Mel Cooper
_____
Signature of Authorized Individual
Mel Cooper
Printed Name of Authorized Individual
Member
Title of Authorized Individual
01/14/2014
Date

American Servicing Co
3480 Stateview Blvd.
Fort Mill
Fort Mill, SC 29715

American Servicing Co
3480 Stateview Blvd.
Fort Mill
Fort Mill, SC 29715

American Servicing Co
3480 Stateview Blvd.
Fort Mill
Fort Mill, SC 29715

American Servicing Co
3480 Stateview Blvd.
Fort Mill
Fort Mill, SC 29715

GMAC Mortgage
P.O Box 830117
Baltimore, MD 21283

Indymac Bank
P.O Box 78826
Phoenix, AZ 85062

Indymac Bank
P.O Box 78826
Phoenix, AZ 85062

Regions Bank
780 Arthur Godfrey RD
Miami Beach, FL 33140

Chase Mortgage
405 Lexington Ave
New York, NY 10174

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X                    Chapter 11

In Re:                                                                  **RULE 1007-2 AFFIDAVIT**

Imperial Capital LLC,

                         Debtor.

-------------------------------------------------X

STATE OF NEW YORK, COUNTY OF NEW YORK, SS.:

      MEL COOPER, being duly sworn, deposes and says:

a.        1. I am the managing member of the debtor, a limited liability company ("LLC").

I hold 50.59% of the equity in the debtor LLC.

      2. The debtor's business is real estate investments.   Substantially all of the

debtor's investments are in condominium units of the Fontainebleau Condominium Association

II, Inc., in Miami, Florida ("Fontainebleau").  Due to litigation amongst its members, the

Fontainebleau has been retaining income receivable by the debtor and thus the debtor's income

has been eliminated, causing debtor to default in its mortgage obligations with lenders.

      3. This proceeding was not commenced as either a Chapter 13 or Chapter 7

proceeding.

      4. The debtor does not have unsecured claims.

      5. The debtor has nine secured creditors, all listed in Schedule D, which is being

submitted with the petition.

      6. The debtor's assets and liabilities are set forth in Schedule D.

      7. The debtor has not issued any stock or security that is publicly traded.

      8. The Fontainebleau Condominium Association II, Inc., 4401 Collins Avenue,

Miami, FL 33140, (305) 538 2000, is presently holding approximately $700,000 dollars that

should have been paid to the debtor as income for renting out the debtor's units to Fontainebleau

hotel guests. Units 2204 and 2603have been sold in foreclosure sales, but those sales are in

litigation.

9. The debtor does not operate out of a business location. Correspondence and

communications are carried out of this member's residential address at 721 5th Avenue, Apt 45K,

New York, NY 10022.

10. The debtor does not have any assets outside the United States. The assets and

of the debtor, and their location, are set forth in Schedule D. At present, because of three years

of litigation, and because the Fontainebleau is retaining the income of the debtor, there are no

current books and records of the debtor.

11. All of the lenders holding mortgages on all of the Units listed in Schedule D

have commence foreclosure actions. They are all in different stages of litigation. The action

commenced by the lender holding the mortgage on unit 3003 has obtained a judgment and a

foreclosure sale is scheduled for January 15, 2014.

12. Mel Cooper is the managing member of the debtor. His responsibilities were

to insure that the debtor's condominium units were being rented out as well as seeing that the

debtor received the proper amounts due from the Fontainebleau and that such funds were

distributed to the members in accordance with each member's respective share of equity. Mel

Cooper has been the managing member since the creation of the debtor in 2005.

b.            1. Due to the family nature of the business, it is anticipated that no formal payroll

expenses will be required.

2. For the reason set forth above, it is anticipated that no funds will be required

for management compensation.

3. Due to the circumstances set forth above, the undersigned managing member is unable to set forth in detail the amount of income due to the debtor as a result of the rental of debtor's units to Fountainblueau hotel guests. The debtor requires delivery of funds to become current with its lenders. Due to the length of time since income has been received, and since payments have been made, the undersigned managing member is unable to provide at this time a precise amount of funds required.

Dated:  January 14, 2014

Respectfully submitted,

S/

Mel Cooper

Sworn to before me this January 14, 2014

S/

_____

B6A (Official Form 6A) (12/07)

In re   Imperial Captial LLC                          ,                    Case No. _____
                    **Debtor**                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Fountainbleu Cond. Unit 2601 4401 Collins Av Miami FL 33140 | Fee | | 500,000.00 | 360,000.00 |
| Fountainbleu Cond. Unit 3003 4401 Collins Av Miami FL  33140 | Fee | | 1,000,000.00 | 635,000.000 |
| Fountainbleu Cond. Unit 714 4401 Collins Av Miami FL 33140 | Fee | | 900,000.00 | 560,000.00 |
| Fountainbleu Cond. Unit 2603 4401 Collins Av Miami FL 33140 | Fee | | 1,000,000.00 | 645,000.00 |
| Fountainbleu Cond. Unit 3505 4401 Collins Av Miami FL 33140 | Fee | | 1,000,000.00 | 565,000.00 |
| Fountainbleu Cond. Unit 2202 4401 Collins Av Miami FL 33140 | Fee | | 500,000.00 | 365,000.00 |
| Fountainbleu Cond. Unit 716 4401 Collins Av Miami FL 33140 | Fee | | 500,000.00 | 265,000.00 |
| Fountainbleu Cond. Unit 2204 4401 Collins Av Miami FL 33140 | Fee | | 1,000,000.00 | 610,000.00 |
| | | Total▶ | 6,400,000.00 | |

(Report also on Summary of Schedules.)

B6A (Official Form 6A) (12/07)

In re   Imperial Captial LLC                                    ,          Case No. _____
         **Debtor**                                                                    **(If known)**

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| Condominium Unit  800 15 Broad Street, NY, NY  10005 | Fee | | 1,600,000.00 | 1,000,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | Total▶ | 1,600,000.00 | |

(Report also on Summary of Schedules.)

B 6D (Official Form 6D) (12/07)

In re  Imperial Capital LLC                    ,          Case No. _____
                                                                            (If known)
            Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

   State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

   List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

   If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6180<br><br>American Servicing co<br>3480 Stateview Blvd.<br>Fort Mill, SC 29715 | | | Fountainbleau CndAsnInc. 4401 Collins Ave.Miami FL 33140 U.2601<br><br>VALUE $ 500,000.00 | | | | 360,000.00 | 0.00 |
| ACCOUNT NO. 6181<br><br>American Servicing co<br>3480 Stateview Blvd.<br>Fort Mill, SC 29715 | | | Fountainbleau CndAsnInc. 4401 Collins Ave.Miami FL33140 U.3003<br><br>VALUE $ 1,000,000.00 | | | | 635,000.00 | 0.00 |
| ACCOUNT NO. 6178<br><br>American Servicing co<br>3480 Stateview Blvd.<br>Fort Mill, SC 29715 | | | Fountainbleau CndAsnInc. 4401 Collins Ave.Miami FL 33140 U.714<br><br>VALUE $ 900,000.00 | | | | 560,000.00 | 0.00 |

_____ continuation sheets attached

Subtotal ▶
(Total of this page)

$ 1,555,000.00    $

Total ▶
(Use only on last page)

$    $

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6D (Official Form 6D) (12/07) – Cont.

In re  Imperial Capital LLC                          ,          Case No. _____
             **Debtor**                                                     (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (*See Instructions Above.*) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6179 <br><br> American Servicing co 3480 Stateview Blvd. Fort Mill, SC 29715 | | | Fountainbleau CndAsnInc. 4401 Collins Ave.Miami FL33140 U.2603 <br> VALUE $ 1,000,000.00 | | | | 645,000.00 | 0.00 |
| ACCOUNT NO. 4003 <br><br> GMAC Mortgage P.O Box 830117 Baltimore, MD 21283 | | | Fountainbleau CndAsnInc. 4401 Collins Ave.Miami FL33140 U.3505 <br> VALUE $ 1,000.00 | | | | 565,000.00 | 0.00 |
| ACCOUNT NO. 8362 <br><br> Indymac Bank P.O Box 78826 Phoenix, AZ 85062 | | | Fountainbleau CndAsnInc. 4401 Collins Ave.Miami FL33140 U.2202 <br> VALUE $ 500,000.00 | | | | 365,000.00 | 0.00 |
| ACCOUNT NO. 8404 <br><br> Indymac Bank P.O Box 78826 Phoenix, AZ 85062 | | | Fountainbleau CndAsnInc. 4401 Collins Ave.Miami FL33140 U.716 <br> VALUE $ 500,000.00 | | | | 265,000.00 | 0.00 |
| ACCOUNT NO. 3604 <br><br> Regions Bank 780 Arthur Gpdfrey RD Miami Beach, FL33140 | | | Fountainbleau CndAsnInc. 4401 Collins Ave.Miami FL33140 U.2204 <br> VALUE $ 1,000,000.00 | | | | 610,000.00 | 0.00 |

Sheet no._____of_____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)▶
(Total(s) of this page)

| $ 2,450,000.00 | $ |
|---|---|

Total(s) ▶
(Use only on last page)

| $ | $ |
|---|---|

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

3

B 6D (Official Form 6D) (12/07) – Cont.

In re  Imperial Capital LLC                                   ,          Case No. _____
                        **Debtor**                                                                (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN , AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>Chase Mortgage<br>405 Lexington Ave<br>New York, NY 10174 | | | Mortgage<br>15 Broad Street,<br>Suite 800<br>New York, NY10005<br>VALUE $ 1,600,000.00 | | | | 1,000,000.00 | .00 |
| **ACCOUNT NO.**<br><br><br>VALUE $ | | | | | | | | |
| **ACCOUNT NO.**<br><br><br>VALUE $ | | | | | | | | |
| **ACCOUNT NO.**<br><br><br>VALUE $ | | | | | | | | |
| **ACCOUNT NO.**<br><br><br>VALUE $ | | | | | | | | |

Sheet no._____of_____continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s) ▶
(Total(s) of this page)

| $ | $ |
|---|---|
| 1,000,000.00 | |

Total(s) ▶
(Use only on last page)

| $ | $ |
|---|---|
| 5,005,000.00 | |

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)