| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | |
|---|---|
| In re<br><br>IMPERIAL CAPITAL LLC<br><br>Debtor. | Chapter 11<br><br>Case No. 14-10236 |

**Monthly Operating for the Period February 1, 2015 to February 28, 2015**

Federal Tax I.D. No. XX-XXX8803

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.

*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (RE) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Statement of Operations | MOR-2 (RE) | X | |
| Balance Sheet | MOR-3 (RE) | X | |
| Summary of Unpaid Post-petition Debts | MOR-4 (RE) | X | |
| Copies of tax returns filed during reporting period | | | |
| Rent Roll | MOR-5 (RE) | X | |
| Payments to Insiders and Professional | MOR-6 (RE) | X | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 (RE) | X | |
| Cash Flow Projection | MOR-7 (RE) | X | |
| Debtor Questionnaire | MOR-8 (RE) | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

SALVATORE LAMONICA CHAPTER 11 TRUSTEE          Dated: *April 22, 2015*

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | |
|---|---|
| IMPERIAL CAPITAL LLC | Chapter 11 |
| Debtor. | Case No. 14-10236 |

**Monthly Operating for the Period February 1, 2015 to February 28, 2015**

**SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH -ACTUAL" column must equal the sum of the three bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be

| | | BANK ACCOUNTS | | |
|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OPER Acct. No. 4880 DIP ACCT | OPER Acct. No. 1094 | | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| CASH BEGINNING OF MONTH | | $ 29,726.00 | $     - | $29,726.00 |
| RECEIPTS | | | | |
| CASH SALES | | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | | | | |
| LOANS AND ADVANCES | | | | |
| SALE OF ASSETS | | | | |
| OTHER- Rental Income | | $ 41,432.00 | | $41,432.00 |
| TRANSFERS *(FROM DIP ACCTS)* | | | | |
| TOTAL RECEIPTS | | $ 41,432.00 | | $41,432.00 |
| DISBURSEMENTS | | | | |
| COMMISSION | | | | |
| INSURANCE | | | | |
| REPAIRS AND MAINTENANCE | | | | |
| UTILITIES | | | | |
| SECURED/ RENTAL/ LEASES | | | | |
| FLORIDA FILING FEES | | | | |
| SALES TAX | | | | |
| LICENSE | | | | |
| MISCELLANEOUS | | $ 43.00 | | $43.00 |
| MANAGEMENT FEES | | | | |
| TRANSFERS *(TO DIP ACCTS)* | | | | |
| PROFESSIONAL FEES | | | | |
| U.S. TRUSTEE QUARTERLY FEES | | $ 650.00 | | $650.00 |
| COURT COSTS | | | | |
| TOTAL DISBURSEMENTS | | $ 693.00 | | $693.00 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | | $ 40,739.00 | | $40,739.00 |
| CASH – END OF MONTH | | $ 70,465.00 | | $70,465.00 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

THE FOLLOWING SECTION MUST BE COMPLETED

DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | $693.00 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. | $693.00 |

## BANK RECONCILIATIONS

Continuation Sheet for MOR-1

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted (Bank account numbers may be redacted to last four numbers.)

| | OPER Acct. No. 4880 DIP Acct | OPER Acct #1094 | |
|---|---|---|---|
| BALANCE PER BOOKS | 0.00 | $ 70,465.00 | |
| | | | |
| BANK BALANCE | 0.00 | $ 71,115.00 | |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | | | |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)* : | | $ 650.00 | |
| OTHER *(ATTACH EXPLANATION)* Rounding | | | |
| | | | |
| ADJUSTED BANK BALANCE * | 0.00 | $ 70,465.00 | |

| DEPOSITS IN TRANSIT | Date | Date | Amount |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| CHECKS OUTSTANDING | Date | Ck. # | Amount |
|---|---|---|---|
| | | | |
| US TRUSTEE | 02/24/15 | 106 | 650.00 |
| | | | |
| | | | |
| TOTAL | | | 650.00 |

5:16 PM

03/11/15

# IMPERIAL CAPITAL LLC
## Reconciliation Summary
### Empire National, Period Ending 02/28/2015

|  | Feb 28, 15 |
|---|---|
| **Beginning Balance** | 29,725.90 |
| **Cleared Transactions** | |
| Checks and Payments - 1 item | -42.56 |
| Deposits and Credits - 2 items | 41,431.79 |
| **Total Cleared Transactions** | 41,389.23 |
| **Cleared Balance** | 71,115.13 |
| **Uncleared Transactions** | |
| Checks and Payments - 1 item | -650.00 |
| **Total Uncleared Transactions** | -650.00 |
| **Register Balance as of 02/28/2015** | 70,465.13 |
| **New Transactions** | |
| Checks and Payments - 2 items | -6,377.07 |
| **Total New Transactions** | -6,377.07 |
| **Ending Balance** | 64,088.06 |

5:16 PM

03/11/15

# IMPERIAL CAPITAL LLC
## Reconciliation Detail
### Empire National, Period Ending 02/28/2015

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 29,725.90 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 1 Item** | | | | | | |
| Check | 02/02/2015 | | Empire Bank | X | -42.56 | -42.56 |
| **Total Checks and Payments** | | | | | -42.56 | -42.56 |
| **Deposits and Credits - 2 Items** | | | | | | |
| Deposit | 02/04/2015 | | Laverne Smith | X | 2,100.00 | 2,100.00 |
| Deposit | 02/05/2015 | | Fountainbleu | X | 39,331.79 | 41,431.79 |
| **Total Deposits and Credits** | | | | | 41,431.79 | 41,431.79 |
| **Total Cleared Transactions** | | | | | 41,389.23 | 41,389.23 |
| **Cleared Balance** | | | | | 41,389.23 | 71,115.13 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 1 Item** | | | | | | |
| Check | 02/24/2015 | | US Trustee | | -650.00 | -650.00 |
| **Total Checks and Payments** | | | | | -650.00 | -650.00 |
| **Total Uncleared Transactions** | | | | | -650.00 | -650.00 |
| **Register Balance as of 02/28/2015** | | | | | 40,739.23 | 70,465.13 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 2 Items** | | | | | | |
| Check | 03/02/2015 | | Empire Bank | | -95.19 | -95.19 |
| Check | 03/10/2015 | | The downtown Con... | | -6,281.88 | -6,377.07 |
| **Total Checks and Payments** | | | | | -6,377.07 | -6,377.07 |
| **Total New Transactions** | | | | | -6,377.07 | -6,377.07 |
| **Ending Balance** | | | | | 34,362.16 | 64,088.06 |



**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 02/28/2015
Account Number: ▮▮▮▮094
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF IMPERIAL CAPITAL LL
SALVATORE LAMONICA, CHAPTER 11
CASE # 14-10236
SALVATORE LAMONICA, CHAPTER 11 TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** CHAPTER 11 CHECKING
ACCOUNT NUMBER        ▮▮▮▮94
PREVIOUS STATEMENT BALANCE AS OF 01/31/15 ......................    29,725.90
   PLUS      2   DEPOSITS AND OTHER CREDITS ...................    41,431.79
   LESS      1   CHECKS AND OTHER DEBITS ......................        42.56
CURRENT STATEMENT BALANCE AS OF 02/28/15 ......................    71,115.13
NUMBER OF DAYS IN THIS STATEMENT PERIOD    28
```

### Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 02/02 | COLLATERAL FEE | 42.56 | |
| 02/04 | REMOTE CAPTURE DEPOSIT | | 2,100.00 |
| 02/05 | INCOMING WIRE | | 39,331.79 |

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 01/31 | 29,725.90 | 02/02 | 29,683.34 | 02/04 | 31,783.34 | 02/05 | 71,115.13 |




## CHECKBOOK RECONCILIATION

### Checks Outstanding

| DATE OR NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL | |

1. BEFORE BALANCING THIS STATEMENT BE SURE TO ADD INTEREST (IF ANY), AND ANY OTHER AUTOMATIC MONTHLY DEPOSITS TO YOUR CHECKBOOK BALANCE.

2. ALSO, DEDUCT SERVICE CHARGES (IF ANY), AS WELL AS ANY ADJUSTMENTS AND ANY AUTOMATIC CHARGES FROM YOUR CHECKBOOK BALANCE.

*Enter*
BALANCE THIS STATEMENT                          $ _____

*Add*
RECENT DEPOSITS
(NOT CREDITED ON THIS STATEMENT)                  _____

                                                  _____

*Total*                                           _____

*Subtract*
CHECKS OUTSTANDING                                _____

*Balance*                                        $ _____

SHOULD AGREE WITH YOUR CHECKBOOK BALANCE AFTER DEDUCTING CHARGES AND ADDING CREDITS INCLUDED ON THIS STATEMENT, BUT NOT SHOWN IN YOUR CHECKBOOK, AS FOLLOWS:

### CUSTOMERS DUTY TO EXAMINE BANK STATEMENT:

You are responsible for promptly examining your statement each statement period and reporting any irregularities to us. We will not be liable for any check that is altered or any signature that is forged unless you notify us within thirty (30) calendar days after the statement and the altered or forged items are made available. Also, we will not be liable for any items showing an unauthorized signature or alteration by the same wrongdoer unless you notify us within ten (10) calendar days after the statement and first altered or forged item is made available.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:

Telephone us at 631-348-4444, or write to the address listed on the front of the statement as soon as you can, if you think your statement is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure of and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

### DEBIT CARD CUSTOMERS:

If your card is lost or stolen please notify the bank immediately at 1-800-236-2442.

9:10 AM
03/13/15

# IMPERIAL CAPITAL LLC
## Check Detail
### February 2015

| Type | Num | Date | Name | Item | Account | Paid Amount | Original Amount |
|------|-----|------|------|------|---------|------------:|----------------:|
| Check | | 02/02/2015 | Empire Bank | | Empire National | | -42.56 |
| | | | | | Bank Service Char... | -42.56 | 42.56 |
| TOTAL | | | | | | -42.56 | 42.56 |
| Check | | 02/24/2015 | US Trustee | | Empire National | | -650.00 |
| | | | | | Administrative exp... | -650.00 | 650.00 |
| TOTAL | | | | | | -650.00 | 650.00 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| In re | Chapter 11 |
|-------|-----------|
| **IMPERIAL CAPITAL LLC** | Case No. 14-10236 |
| Debtor. | |

**Monthly Operating for the Period February 1, 2015 to February 28, 2015**

**STATEMENT OF OPERATIONS** (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| INCOME | MONTH | CUMULATIVE JUNE 3 ,2014 TO DATE |
|--------|-------|-------------------------------|
| Rental income | 41,432.00 | $ 78,360.00 |
| Total Income *(attach MOR-5 (RE) Rent Roll)* | 41,432.00 | $ 78,360.00 |
| **OPERATING EXPENSES** | | |
| | $ | $ |
| Advertising | | |
| Auto and Truck Expense | | |
| Cleaning and Maintenance | $ 1,600.00 | $ 16,126.00 |
| Commissions | | |
| Officer/Insider Compensation* | | |
| Insurance | | |
| Management Fees/Bonuses | | |
| Professional Fees | | |
| Other Interest | | |
| Repairs | | |
| Supplies | | |
| Taxes - Sales | | |
| Travel and Entertainment | | |
| Utilities | | |
| Other *(attach schedule)* | $ 42.00 | $ 162.00 |
| Total Operating Expenses Before Depreciation | $ 1,642.00 | $ 16,288.00 |
| Depreciation/Depletion/Amortization | | $ |
| Net Profit (Loss) Before Other Income & Expenses. | $ 39,790.00 | $ 62,072.00 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income *(attach schedule)* | | |
| Interest Expense | | |
| Other Expense *(attach schedule)* | | - |
| Net Profit (Loss) Before Reorganization Items | $ 39,790.00 | $ 62,072.00 |

| REORGANIZATION ITEMS | | | |
|---|---|---|---|
| Professional Fees | $3,726.00 | $ | 64,555.00 |
| U. S. Trustee Quarterly Fees | $ 650.00 | $ | 975.00 |
| Interest Earned on Accumulated Cash from Chapter 11 *(see continuation sheet)* | | | |
| Gain (Loss) from Sale of Property | | | |
| Other Reorganization Expenses *(attach schedule)* *Surety bond* | | $ | 1,578.00 |
| | | | |
| Income Taxes | | | |
| Net Profit (Loss) | $ 35,414.00 | $ | (5,036.00) |

### BREAKDOWN OF "OTHER" CATEGORY
OTHER OPERATIONAL EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

OTHER INCOME

| | | |
|---|---|---|
| | | |
| | | |

OTHER EXPENSES

| | | |
|---|---|---|
| FEDERAL EXPRESS | | $22.00 |
| BANK CHARGES | $42.00 | $140.00 |
| | | |
| | | |
| TOTAL OTHER EXPENSES | $42.00 | $162.00 |

OTHER REORGANIZATION EXPENSES

| | | |
|---|---|---|
| | | |
| | | |
| | | |

Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:

Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | Chapter 11 |
|---|---|
| IMPERIAL CAPITAL LLC. | Case No. 14-10236 |
| Debtor. | |

Monthly Operating for the Period February 1, 2015 to February 28, 2015

BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from post-petition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE OR SCHEDULED |
|---|---|---|---|
| *CURRENT ASSETS* | | | |
| Unrestricted Cash and Equivalents | $ 70,465.00 | $ 29,725.00 | $ 5,747.00 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | | | |
| Accounts Receivable (Net) | $ 705,800.00 | $ 705,800.00 | $ 704,600.00 |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Professional Retainers | | | |
| Other Current Assets *(attach schedule)* | | | |
| *TOTAL CURRENT ASSETS* | $ 776,265.00 | $ 735,525.00 | $ 710,347.00 |
| *PROPERTY & EQUIPMENT* | | | |
| Real Property and Improvements | $ 8,000,000.00 | $ 8,000,000.00 | $ 8,000,000.00 |
| Machinery and Equipment | | | |
| Furniture, Fixtures and Office Equipment | $ 59,000.00 | $ 59,000.00 | $ 59,000.00 |
| Leasehold Improvements | | | |
| Vehicles | | | |
| Less:  Accumulated Depreciation | | | |
| *TOTAL PROPERTY & EQUIPMENT* | $ 8,059,000.00 | $ 8,059,000.00 | $ 8,059,000.00 |
| *OTHER ASSETS* | | | |
| Amounts due from Insiders* | | | |
| Other Assets *(attach schedule)* | | | |
| *TOTAL OTHER ASSETS* | | | |
| *TOTAL ASSETS* | $ 8,835,265.00 | $ 8,794,525.00 | $ 8,769,347.00 |

** ACCORDING TO STATEMENTS CONTAINED IN THE DEBTOR'S FILINGS THERE ARE NO
BOOKS AND RECORDS. THIS BALANCE SHEET WAS PREPARED SOLELY ON THE
INFORMATION CONTAINED IN THE DEBTOR'S PETITION. THERE CAN BE NO ASSURANCE
THAT THE ASSETS AND LIABILITIES CONTAINED HEREIN ARE ACCURATE.

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | | |
| Accounts Payable | 6,400.00 | 4,800.00 | |
| Taxes Payable *(refer to FORM MOR-4)* | | | |
| Notes Payable | | | |
| Rent / Leases - Building/Equipment | | | |
| Secured Debt / Adequate Protection Payments | | | |
| Professional and US Trustee fees | $64,555.00 | 60,828.00 | |
| Amounts Due to Insiders* | | | |
| Other Post-petition Liabilities *(attach schedule)* | | | |
| *TOTAL POST-PETITION LIABILITIES* | $70,955.00 | 65,628.00 | |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | | |
| Secured Debt | $ 4,946,000.00 | $ 4,946,000.00 | $4,946,000.00 |
| Priority Debt | | | |
| Unsecured Debt | $ 55,331.00 | 55,331.00 | $55,331.00 |
| *TOTAL PRE-PETITION LIABILITIES* | $ 5,001,331.00 | $ 5,001,331.00 | $5,001,331.00 |
| *TOTAL LIABILITIES* | $ 5,072,286.00 | $ 5,066,959.00 | $5,001,331.00 |
| **OWNERS' EQUITY** | | | |
| Owner's Equity Account | $ 3,768,016.00 | 3,768,016.00 | $3,768,016.00 |
| Retained Earnings - Pre-Petition | | | |
| Retained Earnings - Post-petition | $ (5,037.00) | $ (40,450.00) | |
| Adjustments to Owner Equity *(attach schedule)* | | | |
| Post-petition Contributions *(attach schedule)* | | | |
| *NET OWNERS' EQUITY* | $ 3,762,979.00 | $ 3,727,566.00 | $3,768,016.00 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 8,835,265.00 | $ 8,794,525.00 | $8,769,347.00 |

**BALANCE SHEET - continuation section**

| ASSETS | END OF CURRENT REPORTING MONTH | BOOK VALUE AT END OF PRIOR REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Assets | | | |
| | | | |
| Total | | | |

| LIABILITIES AND OWNER EQUITY | END OF CURRENT REPORTING MONTH | | BOOK VALUE ON PETITION DATE |
|---|---|---|---|
| Other Post-petition Liabilities | | | |
| Prepaid rent | | | |
| Adjustments to Owner's Equity | | | |
| | | | |
| Post-Petition Contributions | | | |

Restricted Cash:  Cash that is restricted for a specific use and not available to fund operations.

| UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK | |
|---|---|
| In re<br><br>**IMPERIAL CAPITAL LLC**<br><br>Debtor. | Chapter 11<br><br>Case No. 14-10236 |

### Monthly Operating for the Period February 1, 2015 to February 28, 2015

### SUMMARY OF UNPAID POST-PETITION DEBTS

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 91 | Total |
| Mortgage | | | | | | |
| Rent | | | | | | |
| Secured Debt/Adequate Protection Payments | | | | | | |
| Professional Fees | $3,726.00 | $6,565.00 | $4,919.00 | $10,245.00 | $39,101.00 | $64,556.00 |
| Sales tax | | | | | | |
| Other Post-Petition debt *(list creditor)* | | | | | | |
| U. S. Trustee fees | | | | | | |
| Maintenance | $1,600.00 | $1,600.00 | $1,600.00 | $1,600.00 | | $6,400.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| **Total Post-petition Debts** | $5,326.00 | $8,165.00 | $6,519.00 | $11,845.00 | $39,101.00 | $70,956.00 |

| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|
| In re<br><br>IMPERIAL CAPITAL LLC.<br><br>Debtor. | Chapter 11<br><br>Case No. 14-10236 |

### Monthly Operating for the Period February 1, 2015 to February 28, 2015
### RENT ROLL

A rent roll must be included for each property. The debtor's rent roll may be substituted for this page. Attach additional sheets as needed.

| Tenant | Lease Type | Monthly Rent | Annual Rent | Common Area Maint. |
|---|---|---|---|---|
|  |  |  |  |  |
| LANCE MANNING SUPP | COMMERICAL | $ 4,600.00 | $ 55,200.00 |  |
|  | Totals | $ 4,600.00 | $ 55,200.00 |  |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re | |
|---|---|
| IMPERIAL CAPITAL LLC | Chapter 11 |
| Debtor. | Case No. 14-10236 |

### Monthly Operating for the Period February 1, 2015 to February 28, 2015

### PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

#### INSIDERS

| NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| TOTAL PAYMENTS TO INSIDERS | | | |

#### PROFESSIONALS

| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | | | | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

#### POST-PETITION STATUS OF SECURED NOTES, LEASES PAYABLE

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENT DUE | AMOUNT PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| TOTAL PAYMENTS | | | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re

   IMPERIAL CAPITAL LLC

         Debtor.

Chapter 11

Case No. 14-10236

**Monthly Operating for the Period February 1, 2015 to February 28, 2015**

**CASH FLOW PROJECTION**

A cash flow projection must be included for each property. The debtor's cash flow projection may be substituted for this page. Attach additional sheets as needed. This projection needs to be completed at the beginning of the case, every year, or when there are significant changes (i.e. tenant change, rent change, etc.)

| | MONTH 3/15 | MONTH 4/15 | 5/15 | 6/15 | 7/15 |
|---|---|---|---|---|---|
| **INCOME** | | | | | |
| Rental income | $ 4,600.00 | $ 4,600.00 | $ 4,600.00 | $ 4,600.00 | $ 4,600.00 |
| Total Income | $ 4,600.00 | $ 4,600.00 | $ 4,600.00 | $ 4,600.00 | $ 4,600.00 |
| **OPERATING EXPENSES** | | | | | |
| Advertising | | | | | |
| Auto and Truck Expense | | | | | |
| Cleaning and Maintenance | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 |
| Commissions | | | | | |
| Officer/Insider Compensation* | | | | | |
| Insurance | | | | | |
| Management Fees/Bonuses | | | | | |
| Office Expense | | | | | |
| Other Interest | | | | | |
| Repairs ** | | | | | |
| Supplies | | | | | |
| Taxes - sales tax | | | | | |
| Travel and Entertainment | | | | | |
| Utilities | | | | | |
| Other *(attach schedule)* | | | | | |
| Total Expenses | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 | $ 1,600.00 |
| | | | | | |
| Debt Service | | | | | |
| Professional Fees | | | | | |
| U.S. Trustee Fees | | $ 325.00 | | | $ 325.00 |
| Court Costs | | | | | |
| Total disbursements | $ 1,600.00 | $ 1,925.00 | $ 1,600.00 | $ 1,600.00 | $ 1,925.00 |
| Net cash flow for the period | $ 3,000.00 | $ 2,675.00 | $ 3,000.00 | $ 3,000.00 | $ 2,675.00 |
| Cash flow beginnig of the period | $70,465.00 | $73,465.00 | $76,140.00 | $79,140.00 | $82,140.00 |
| Cash flow end of the period | $73,465.00 | $76,140.00 | $79,140.00 | $82,140.00 | $84,815.00 |

| Net Cash Flow | $ | 3,000.00 | $ | 2,675.00 | $ | 3,000.00 | $ | 3,000.00 | $ | 2,675.00 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ** THIS ONLY INCLUDES REGULAR MAINTENANCE EXPENSES AND NOT ANY UNFORESEEN REPAIRS THAT MAY BE NECESSARY | | | | | | | | | | | |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

   IMPERIAL CAPITAL LLC

       Debtor.

Chapter 11

Case No. 14-10236

**Monthly Operating for the Period February 1, 2015 to February 28, 2015**

| Must be completed each month. If the answer to any of the questions is "Yes", provide a detailed explanation of each item. Attach additional sheets if necessary. | Yes | No |
|---|---|---|
| Have any assets been sold or transferred outside the normal course of business this reporting period? | | X |
| Have any funds been disbursed from any account other than a debtor in possession account this reporting period? | | X |
| Is the Debtor delinquent in the timely filing of any post-petition tax returns? | | X |
| Are workers compensation, general liability or other necessary insurance coverages expired or cancelled, or has the debtor received notice of expiration or cancellation of such policies? | | X |
| Is the Debtor delinquent in paying any insurance premium payment? | | X |
| Have any payments been made on pre-petition liabilities this reporting period? | | X |
| Are any post petition receivables (accounts, notes or loans) due from related parties? | | X |
| Are any post petition State or Federal income taxes past due? | | X |
| Are any post petition real estate taxes past due? | | X |
| Are any other post petition taxes past due? | | X |
| Have any pre-petition taxes been paid during this reporting period? | | X |
| Are any amounts owed to post petition creditors delinquent? | | X |
| Have any post petition loans been received by the Debtor from any party? | | X |
| Is the Debtor delinquent in paying any U.S. Trustee fees? | | X |
| Is the Debtor delinquent with any court ordered payments to attorneys or other professionals? | | X |
| Have the owners or shareholders received any compensation outside of the normal course of business? | | X |

{10773787:1}

13